# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 2:08-CR-135-DBH** |
| | ) | |
| | ) | |
| **MICHAEL HOUDE** | ) | |
| **DEFENDANT** | ) | |

## ORDER ON MOTION TO REDUCE SENTENCE

The motion to reduce sentence is **DENIED**.

As I explained in ruling on a similar motion by this defendant in 2011, the amendment (Amendment 750) to the crack drug quantity Guideline does not alter this defendant's Base Offense Level or his Total Offense Level. Thus, there is no basis to reduce his sentence.

**SO ORDERED.**

**DATED THIS 26TH DAY OF MARCH, 2014**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**